STATE OF INDIANA *v.* CHAPIUS ET AL.

[No. 19,893. Filed January 10, 1963.]

*Edwin K. Steers,* Attorney General, for appellant.

*Samuel Fuller* and *Murray, Mannon, Fairchild & Stewart,* of Indianapolis, for appellees.

COOPER, C. J.—This matter is now before us upon the appellant's motion to dismiss appeal.

It appearing from the record in the cause now before us that the appellee has not filed cross errors in said cause, and the court being duly advised in

the premises, now sustains the appellant's motion to dismiss said appeal.

Appeal dismissed.

NOTE.—Reported in 187 N. E. 2d 105.